01-15-00903-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 11:47:30 AM
CHRISTOPHER A. PRINE
Clerk

October 20, 2015

WAYNE HILL
ATTORNEY OF RECORD
4615 SW FRWY #600
HOUSTON, TX 77027

Defendant's Name: ROEL DAVID GONZALEZ

Cause No: 1325154

Court: 177TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 10/16/15
**Sentence Imposed Date:** 10/12/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** WAYNE HILL

Sincerely,

S. NORRIS

Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    LINDA HACKER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1325154

THE STATE OF TEXAS

V.

ROEL DAVID GONZALEZ

ᵇ District Court / County Criminal Court at Law No. 177ᵀᴴ

Harris County, Texas

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On _Oct 16, 2015_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☐ MOVES to withdraw.

☑ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

_Oct 16, 2015_
**Date**

_Roel David Gonzalez_
**Defendant (Printed name)**

_____
**Attorney (Signature)**

_Stanley G Schneid_
**Attorney (Printed name)**

_177 90590_
**State Bar Number**

_440 Louisiana 800_
**Address**

_7 U 957-9994_
**Telephone Number**

**FILED**
Chris Daniel
District Clerk

OCT 16 2015

Time: _____
Harris County, Texas

_____ Deputy

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_Roel W Gonzalez_
**Defendant (Signature)**

_Roel D. Gonzalez_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _10/16/15_

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____10-16-15_____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☒ IS indigent for the purpose of

    ☒ employing counsel

    ☒ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☒ Counsel's motion to withdraw is ⟨GRANTED⟩ / DENIED.

☐ · Defendant / appellant's motion (to be found indigent) is DENIED.

☒ Defendant's / appellant's motion is GRANTED and

    ☒ _____Wayne Hill_____ (attorney's name & bar card number)
    is APPOINTED to represent defendant / appellant on appeal.

☒ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

    ☐ SET at $ _____

    ☐ TO CONTINUE as presently set.

    ☒ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _____10-16-15_____

                                 _____
                                 JUDGE PRESIDING,
                                 _____ DISTRICT COURT /
                                 COUNTY CRIMINAL COURT AT LAW NO. _____,
                                 HARRIS COUNTY, TEXAS

NO. 1325153
NO. 1325154

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| Gonzalez, Roel D. | § | 177th JUDICIAL DISTRICT |
| **DEFENDANT** | § | |

## OATH OF INDIGENCE

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant, Gonzalez, Roel D. swears under oath that he is without funds, property or income. The defendant respectfully asks the Court to appoint counsel to represent him in filing an application for a writ of habeas corpus seeking relief from final conviction under TEX. CODE CRIM. PROC. Chapter 11. The defendant also asks the Court to order that a free record be provided to him.

X Roel W Gonzalez
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 16 day of Oct, 2009. 2015.

**FILED**
Chris Daniel
District Clerk

OCT 16 2015

Time:_____
Harris County, Texas

By_____
Deputy

DEPUTY DISTRICT CLERK
177 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER APPOINTING COUNSEL

On 10-16-15, the Court conducted a hearing and found that the defendant is indigent.

☒ The Court **ORDERS** that Wayne Hill is appointed to represent the defendant/applicant under TEX. CODE CRIM. PROC. Chapter 11.

☒ The Court **ORDERS** the court reporter to prepare and file the reporter's record without charge to the defendant/applicant.

The Court further **ORDERS** that the clerk of this court send a copy of this order and the judgment in this case to:

(1) the court reporter: _____;
(2) the postconviction writs division of the Harris County District Attorney's Office; and
(3) the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.

The court further **ORDERS** that above-named counsel and counsel for the State appear for a status conference on

_____ 10/16/15 at 9:00 a.m.

JUDGE PRESIDING, 177 DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _____, Attorney at Law, swear or affirm that I will be solely responsible for writing an application for writ of habeas corpus and representing the defendant/applicant under TEX. CRIM. CODE Chapter 11. If I am unable to perform my duties as habeas counsel, I will immediately notify the Court.

_____
Attorney-at-Law (Signature)

4615 SW Fwy 600 (77027)
Address

713-623-8312
Phone

09656300
BAR Number / SPN

Hou TX 77027
City / State / Zip

_____
FAX

SUBSCRIBED AND SWORN to before me, this 16 day of Oct, 20 15.

_____
DEPUTY DISTRICT CLERK

DISTRICT CLERK



Cause No. 132515401010



THE STATE OF TEXAS

v.

ROEL DAVID GONZALEZ

IN THE 177TH DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

**TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL\***

I, judge of the trial court, certify this criminal case:

- [x] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

OCT 0 9 2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: 17790500

Mailing Address: 440 Louisiana St

Telephone number: 713—951-9954

Fax number (if any): 713—224-6008

\* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

1st

# APPEAL CARD

12-11-15

Court **177**     Cause No. **1325154**

### The State of Texas

**Roel David Gonzalez**

10-12-15

Date Notice
Of Appeal: **10/16/15**

Presentation:     Vol._____ Pg._____

Judgment:     Vol._____ Pg._____

Judge Presiding **Ryan Patrick**
Court Reporter **Linda Hackner**
Court Reporter_____
Court Reporter_____

Attorney
on Trial **Stanley Schneider**

Attorney
on Appeal **Wayne Hill**

     Appointed **✓** Hired_____

Offense **Indecency with a child**

Jury Trial:     Yes **✓** No_____

Punishment
Assessed **5 years TDC**

Companion Cases
(If Known) **1325153**

Amount of
Appeal Bond **$0**

Appellant
Confined:     Yes **✓** No_____

Date Submitted
To Appeal Section **10/16/15**

Deputy Clerk **K. Barlow**

22/997